## J. E. McCoy et al., Appellees, v. Acme Automatic Printing Company, Appellant.

### Gen. No. 21,392.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY OLSON, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Appeal dismissed. Opinion filed July 20, 1916.

### Statement of the Case.

Motion to dismiss appeal as prematurely taken.

A. G. DICUS, for appellant.

BAKER & HOLDER, for appellees.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE MCDONALD delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 269*—*when appeal prematurely taken.* Where at the time an appeal is taken there is pending before the trial court a motion to vacate the judgment from which it is taken, the judgment is not final, and the appeal is prematurely taken.